UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD BOOTH,

       Plaintiff,

v.                                      Case No.  8:15-cv-141-T-24 MAP

NAVIENT SOLUTIONS, INC.
f/k/a Sallie Mae, Inc.,

       Defendant.
_____/

## **ORDER**

      This cause comes before the Court on Defendant's Motion to Dismiss or Stay Proceedings and to Compel Arbitration.  (Doc. No. 7).  Plaintiff does not oppose the motion. (Doc. No. 10).  Because Plaintiff does not dispute that a valid agreement to arbitrate exists and that his claims are disputes that fall within the arbitration agreement, the Court grants Defendant's motion to compel arbitration.

      Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion to Dismiss or Stay Proceedings and to Compel Arbitration (Doc. No. 7) is **GRANTED.**   The parties are directed to arbitrate this matter, and the Clerk is directed to close this case.

      **DONE AND ORDERED** at Tampa, Florida, this 16th day of April, 2015.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record